ORDERED.

Dated: July 24, 2019

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                              CASE NO.: 6:19-bk-03237-CCJ
                                                                          CHAPTER 7

Jose M Rodriguez aka Jose M Rodriguez

Quinones aka Jose Manuel Rodriguez,

    Debtor.

_____/

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS CASE came on consideration without a hearing on Wilmington Trust National Association, as Successor Trustee to Citibank, N.A., as trustee for the Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-HE2's ("Secured Creditor") Motion for Relief from Stay (Docket No. 14).  No appropriate response has been filed in accordance with Local Rule 2002-4.  Accordingly, it is:

**ORDERED:**

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 1370 Park Ave, Orange City, FL

32763 in Volusia County, Florida, legally described as follows:

THE NORTH 1/2 OF THE SE 1/4 OF THE NW 1/4 OF THE NE 1/4, SECTION 16, TOWNSHIP 18 SOUTH, RANGE 30 EAST, VOLUSIA COUNTY, FLORIDA. TOGETHER WITH AN EASEMENT 60 FEET WIDE, FOR ROADWAY AND UTILITY PURPOSES BEING DESCRIBED AS 30 FEET EAST OF AND 30 FEET WEST OF THE EAST LINE OF THE WEST 1/2 OF THE WEST 1/4 OF THE NE 1/4 OF SECTION 16, TOWNSHIP 18 SOUTH, RANGE 30 EAST, VOLUSIA COUNTY, FLORIDA.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

5. The Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

6. Attorneys' fees in the amount of $350.00 and costs in the amount of $181.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

###

Attorney, Christopher P. Salamone, Esquire, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.